In Jack P. Moore, Platiff | In U.S. Dist. Ct. Mid. Dist
1983 Civil Action No. 5 | (Prior Case 5:13-HC--2256 D
v. | (1:06-cv-00255 WDNC)
Elizbeth Hopkins Thomas
Dir. N.C. Prisoner's Legal Ser.
(or Replacement)

FILED APR 03 2023

"Emergency" Motion of Summory Jugdement": In Proce-
cusion of 1983 Civil Action, No 5, against Def., Dir Thomas
for decriminatory practices violating Platiff -- Prisoner,
Jack P. Moore's civil rights in denial of 1st Amendment rights
to have grievances redressed + 8 Amendment rights from cruel
+ unusual confinement. (See attached grievance). That Platiff
has filed excessive amount of complaints with N.C.P.L.S. (over
200 in 20 yrs) + Dir. Thomas has paid no heed to platiff pre-
sent complaint -- no reply. (30 day waiting period fullfilled)
Remedy, N.C.P.L.S. provide required legal representation re-
quired by law, as to platiff confinement, criminal case + appeal.
or 2.5 mil dollar from def. present Dir (or replacement) of
N.C.P.L.S Elizbeth Hopkins Thomas.
I swear under penality of prejury the above is true + correct.

Jack P. Moore, 3-28-2023

DC–410 (Rev. 07/15)

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
PRISONS
ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: Jack P. Moore                        Inmate #: 0289028

Location: Scotland Cor. Inst.                     Date: 3-28-2023

Grievance Statement: Gen. harassment, no out of cell rect. in 4 days — no shower. No outside rect in 2 weeks (Overcrowding; Block full, about 40 prisoner sleeping on Gym floor). No comp. tablet, no law library. In my current block about 5 out of 48 prisoner have been issued Comp Tablets — Law Library. Many other problems. Most important, my many grievances arent answered, unproper grievance procedure.

What remedy would resolve your grievance?: Elieve above problems or 2.5 mil dollars from DPS Officals.

Inmate Signature: Jack P. Moore

**OFFICIAL USE**

Date received: __/__/__

Receiving Officer Signature                       Staff ID

Facility #: _____   Year: _____   Housing #: _____   Sequence #: _____

Distribution: White - Facility Copy; Pink - Inmate Copy

DC–410 (Rev. 07/15)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: Jack P. Moore   Inmate #: 0289028

Location: Scotland Cor. Inst.   Date: 3-28-2023

Grievance Statement: Gen. harassment, no out of cell rect. in 4 days - no shower. No outside rect in 2 weeks (Overcrowding; Block full, about 40 prisoners sleeping on Gym floor). No comp. tablet; no law library. In my current block about 5 out of 48 prisoners have been issued Comp Tablets — Law Library. Many other problems. Most important, my many grievances aren't answered, improper grievance procedure.

What remedy would resolve your grievance?: Elieve above problems or 2.5 mil dollars from DPS Officals.

Inmate Signature: Jack P. Moore

---

**OFFICIAL USE**

---

Date received: __/__/__   Receiving Officer Signature   Staff ID

Facility #: ____   Year: ____   Housing #: ____   Sequence #: ____

Distribution: White - Facility Copy; Pink - Inmate Copy

From: Jack P. Moore, 0289028
Scotland Cor. Inst
22385 Mc Girts Brdg. Rd.
Laurinburg, N.C. 28352-6602

To: Clerk Fed. Ct. Mid. Dist., please excuse that proper form to 1983 Civ. action may not be sufficient. Agency provided by law to assist is the same that is being sued in suit + will provide no assistence. Enclosed is "Emergency" Motion for Summary Judgement -- Name + org. of Def. + copy of "Emergency" grievance. If enclose info + form doesn't suffice, please send me proper forms + procedure + I'll refile.
   Please reply as soon as possible.

                         Jack P. Moore, 3-28-2023