IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JACK P. MOORE, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:23-CV-291 |
| | ) | |
| ELIZABETH HOPKINS THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

The United States Magistrate Judge filed a Recommendation in accordance with 28 U.S.C. § 636(b), Doc. 9, and the Clerk served the recommendation on the plaintiff. The plaintiff filed a paper writing which the Clerk docketed as both an objection and as a motion for appointment of counsel. Doc. 11. A few days later he filed what he entitled as an "Addendum to Motion to Appoint Council." Doc. 12.

Nothing in the objection undermines the Magistrate Judge's analysis. While he attached the first two pages of a proposed complaint to his objection, Doc. 11 at 3-4, this is insufficient to initiate a civil lawsuit, as the Magistrate Judge clearly explained. After *de novo* consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action is filed and dismissed *sua sponte* without prejudice to the plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Recommendation. The plaintiff's motions for appointment of counsel are **DENIED** without prejudice.

This the 27th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE