FILED: September 3, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-6122
(1:23-cv-00291-CCE-JEP)

_____

JACK P. MOORE

        Plaintiff - Appellant

v.

ELIZABETH HOPKINS THOMAS, DIR. N.C. PRISONER'S LEGAL SER. (OR REPLACEMENT)

        Defendant - Appellee

_____

JUDGMENT

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK